No. 744. NELSON *v.* WEBB, SUPERINTENDENT OF WASHINGTON STATE PENITENTIARY. April 3, 1944. Pe-

tition for writ of certiorari to the Supreme Court of Washington denied.